## UNITED STATES *versus* BENJAMIN WOODWORTH

. . . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1823): *Journal 3:* (1) Appearance *p. 385.
PAPERS IN FILE: [None]

## EZRA BALDWIN *versus* AUSTIN E. WING, SHERIFF

JOURNAL ENTRIES (1823–24): *Journal 3:* (1) Rule to join in error *p. 388; (2) judgment reversed *p. 506.
PAPERS IN FILE: (1) Precipe for writ of error; (2) writ of error; (3) transcript of county court record; (4) bill of exceptions; (5) assignment of errors and joinder; (6) statement of attorney's fees.
*1822–23 Calendar*, MS p. 126.  Recorded in *Book B*, MS pp. 436–40.

## RUFUS SETH REED *versus* PHILIP LÉCUYER

JOURNAL ENTRIES (1823–24): *Journal 3:* (1) Rule for bail or procedendo *p. 391; (2) relicta cognovit, rule for judgment *p. 504.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance and bail piece; (4) declaration; (5) plea of non assumpsit, notice of demand for bill of particulars; (6) relicta cognovit.
*1822–23 Calendar*, MS p. 112.  Recorded in *Book B*, MS pp. 407–10.